JKM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dwayne Brooks-Ansel,                    )      No. CV 06-0323-PHX-DGC (VAM)
                                        )
                 Petitioner,            )      **ORDER**
                                        )
vs.                                     )
                                        )
                                        )
Philip Crawford,                        )
                                        )
                 Respondent.            )
_____)

Petitioner Dwayne Brooks-Ansel (A36-803-696), who is confined in the Florence Service Processing Center in Florence, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Petition was filed on the appropriate Court-approved form, but Petitioner has failed to complete the sections of that form regarding grounds for relief. Accordingly, the Petition will be dismissed with leave to file an amended petition setting forth specific grounds for relief.

Petitioner should take notice that if he fails to timely comply with every provision of this Order, or any order of the Court entered in this matter, the Petition and action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the court).

**IT IS THEREFORE ORDERED:**

(1) That the Petition is dismissed with leave to amend. Petitioner shall have thirty (30) days from the date this Order is filed to amend his Petition. The amended petition must

JDDL

be retyped or rewritten in its entirety on a Court-approved form and may not incorporate any part of the original Petition by reference.  Any amended petition submitted by Petitioner should be clearly designated as such on the face of the document.

(2)  That the Clerk of Court shall enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner, if Petitioner fails to file an Amended Petition within thirty (30) days of the date this Order is filed.

(3)  That the Clerk of Court shall provide to Petitioner the current Court-approved form for filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

(4)  That a clear, legible copy of every pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned.  Failure to comply with this requirement may result in the pleading or document being stricken without further notice to Petitioner.

(5)  That at all times during the pendency of this action, Petitioner shall immediately advise the Court and the United States Marshal of any change of address and its effective date.  Such notice shall be captioned "Notice of Change of Address."  The notice shall contain only information pertaining to the change of address and its effective date.  The notice shall not include any motions for any other relief.  Petitioner shall serve a copy of the Notice of Change of Address on all opposing parties.  Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED this 19th day of April, 2006.

David G. Campbell
United States District Judge

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____, )
Full Name                        )
                                 )
                                 )
                     Petitioner, )      _____
                                 )      Case Number (To be supplied by
              vs.                )      by the Clerk, U.S. District
                                 )      Court)
_____, )
(Name of Warden, Superintendent, )
Jailor, or authorized person     )      PETITION FOR WRIT OF HABEAS
having custody of petitioner.)   )      CORPUS BY A PERSON IN FEDERAL
                                 )      CUSTODY (28 U.S.C. § 2241)
                                 )      (Do not use this form if you
                                 )      are challenging a state or
                     Respondent. )      federal judgment or conviction
                                 )      and sentence)
_____ )

_____
**PETITION.2241 (Revised 9/1/91)**

1

**530**

INSTRUCTIONS - READ CAREFULLY

(1)   This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.   Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.   Where more room is needed to answer any question, attach additional pages.

(2)   Additional pages are <u>not</u> permitted except with respect to the <u>facts</u>  which you rely upon to support your grounds for relief.   No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)   Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

(4)   If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the Declaration on the last two (2) pages, setting forth information establishing your inability to prepay the fees and costs or give security therefor.  If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the Certificate as to the amount of money and securities on deposit to your credit in any account at the institution.   If your prison account exceeds $25.00 you must pay the filing fee as required by the Rules of the District Court.

(5)   Only one unlawful confinement, time credit loss, or parole matter, etc., may be challenged in a single petition.   If you challenge more than one, you should do so by separate petitions.

(6)   Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition.

(7)   When the petition is fully completed, <u>the original and two (2) copies</u> must be mailed to:

<u>Phoenix & Prescott Divisions</u>:      **OR**   <u>Tucson Division</u>:
U.S. District Court Clerk                 U.S. District Court Clerk
U.S. Courthouse, Suite 321                U.S. Courthouse, Suite 1500
401 West Washington Street, SPC 10        405 West Congress Street
Phoenix, Arizona  85003-2119              Tucson, Arizona  85701-5010

(8)   Petitions that do not conform to these instructions will be returned with a notation as to the deficiency.

2

<u>PETITION</u>

1.  Name and location of court that entered the judgment of conviction: _____

2.  Date of judgment of conviction:_____
    Case Number:_____

3.  Length of sentence:_____ Sentencing Judge:_____

4.  Nature of offence(s) of which you were convicted:_____
    _____
    _____
    _____
    _____

5.  Did you appeal from the judgment of conviction?  Yes( )   No( )

6.  If you did appeal, give the following information for each appeal:
    a.  (1)  Name of court_____
        (2)  Result_____
        (3)  Date of result_____
        (4)  Citation or number of opinion_____
        (5)  Grounds raised (list each)
             (a)  _____
             (b)  _____
             (c)  _____
             (d)  _____

    b.  (1)  Name of court_____
        (2)  Result_____
        (3)  Date of result_____
        (4)  Citation or number of opinion_____
        (5)  Grounds raised (list each)
             (a)  _____
             (b)  _____
             (c)  _____
             (d)  _____

7.  State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.  If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

<u>CAUTION</u>: In order to proceed in the federal court you must ordinarily first exhaust your administrative remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted administrative remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds that you may have other than those listed if you have exhausted all your administrative remedies with respect to them.  However, you should raise in this petition all available grounds.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds that you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (m), or any one of these grounds:

(a)  Conditions of confinement violate a constitutional right.

(b)  Prison regulations, on their face or as enforced, are violative of the Constitution or other federal law.

(c)  Prison transfer has been threatened, carried out, or denied in violation of federal constitutional or statutory law.

(d)  Confinement is at a place forbidden by statutory law.

(e)  Convicted person's prisoner classification violates federal constitutional or other law.

(f)  Good time credit has been ended or forfeited in violation of federal constitutional or statutory law.

(g)  Credit for time spent in jail prior to sentencing or pending appeal has been denied in violation of federal constitutional or other law.

(h)  Prison officials have refused to release the convicted person, even though he has served his sentence or is entitled to mandatory release.

(i)  Parole was denied, postponed, rescinded, or revoked in violation of federal constitutional or other law.

(j)  A parole violation warrant was issued or executed in violation of federal constitutional or other law.

(k)  There has been an unlawful refusal to terminate parole.

(l)  Convicted person is suffering adverse effects from a federal or state detainer lodged against him in violation of federal constitutional or other law.

(m)  Custody is otherwise subject to collateral attack by reason of the conduct of prison or parole authorities.

A.   Ground One: _____
_____
_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

A-1. Did you exhaust all administrative remedies relating to Ground One?     Yes ( )   No ( )

A-2. This issue was presented:
     ( ) To the Parole Commission
     ( ) To the Office of General Counsel
     ( ) Other _____

A-3. If the answer to A-1 is "no," explain why the issue was not raised. _____
_____
_____
_____
_____
_____

B.   Ground Two: _____
_____
_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B-1. Did you exhaust all administrative remedies relating to Ground
     Two?      Yes ( )   No ( )

B-2. This issue was presented:
     ( ) To the Parole Commission
     ( ) To the Office of General Counsel
     ( ) Other _____

B-3. If the answer to B-1 is "no," explain why the issue was not
     raised. _____
_____
_____
_____
_____
_____


C.   Ground Three: _____
_____
_____


Supporting FACTS (tell your story _briefly_ without citing cases or
law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


C-1. Did you exhaust all administrative remedies relating to Ground
     Three? Yes ( )   No ( )

C-2. This issue was presented:
     ( ) To the Parole Commission
     ( ) To the Office of General Counsel
     ( ) Other _____

C-3. If the answer to C-1 is "no," explain why the issue was not
     raised. _____
_____
_____
_____
_____

D.   Ground Four: _____
_____
_____

Supporting FACTS (tell your story _briefly_ without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D-1. Did you exhaust all administrative remedies relating to Ground Four?  Yes ( )   No ( )

D-2. This issue was presented:
     ( ) To the Parole Commission
     ( ) To the Office of General Counsel
     ( ) Other _____


D-3. If the answer to D-1 is "no," explain why the issue was not raised. _____
_____
_____
_____
_____
_____


8.   Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?  Yes ( )   No ( )

9.   If your answer to Question No. 10 was yes, give the following information:
     (a)  Name of Court_____
     (b)  Nature of proceeding_____
     (c)  Grounds raised_____
          _____
          _____
     (d)  Result_____
     (e)  Date of result_____
     (f)  Citation or number of any written opinions or orders entered pursuant to each disposition_____
          _____

7

10. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____
_____
_____
_____
_____
_____
_____
_____
_____

11. Are you presently represented by counsel?  Yes ( )  No ( )
If so, name, address, and telephone number:_____
_____
_____
Case name and court_____
_____

12. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?  Yes ( )  No ( )

    WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
                (date)                              Signature of Petitioner

_____
Signature of Attorney (if any)

8